

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2019

No. 04-19-00132-CV

**WE DELIVER INC., ET AL.,**
Appellants

v.

Edwin **CALDERON**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16309
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On May 6, 2019, we ordered Appellant to show cause in writing that the clerk's record has been paid. Appellant timely complied; our May 6, 2019 order is satisfied.

We ORDER the Bexar County District Clerk to file the clerk's record with this court within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court